■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ANTONIO AITCHESON, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County, rendered April 26, 1974, convicting him of manslaughter in the first degree and possession of a weapon, dangerous instrument and appliance as a felony, upon a jury verdict, and imposing sentence. Judgment affirmed. We hold that defendant has had a fair trial. We express a word of caution, however, with regard to the preliminary statement made to the jurors by the trial court before either side opened to the jury. In that statement, he said that "the attorneys will give you their opening statements" and that defendant and his witnesses were "interested" witnesses. In the context of this record, we do not find the statement sufficiently prejudicial to warrant a reversal. However, the trial court should not anticipate that defense counsel will in fact open to the jury and a jury should not be told that a defendant would be an interested witness, for he might not take the stand and the trial court's reference thereto might result in an unfavorable inference being drawn against him. We have considered the other allegations of error and find them to be without merit. Hopkins, Acting P. J., Latham, Brennan and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMIE BROWN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 21, 1973, upon resentence, upon a conviction in 1971 of robbery in the second degree, grand larceny in the third degree and assault in the second degree, upon a jury verdict. The resentence was imposed pursuant to an order of this court, dated December 26, 1972, which reversed the original sentence, on the law, otherwise affirmed the original judgment and remanded the case to the Criminal Term for resentencing. Judgment of May 21, 1973 affirmed. Alleged errors committed at the trial are not available on the appeal from the judgment of resentence (see *People v Wright,* 48 AD2d 909). Hopkins, Acting P.J., Martuscello, Latham, Brennan and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVONZI DARSON, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed September 19, 1974, upon his conviction of burglary in the third degree, upon a jury verdict. Sentence affirmed. Since defendant is raising the constitutionality of section 70.06 (subd 1, pars [a], [b], cl [i]) of the Penal Law, notice should have been given to the Attorney-General of the State of New York as required by section 71 of the Executive Law. However, in view of our holding, that omission is immaterial. Cohalan, Acting P. J., Christ, Brennan, Munder and Shapiro, JJ., concur.